■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL J. STROMAN, Appellant.—Mikoll, J. Appeal from a judgment of the County Court of Chemung County (Danaher, Jr., J.), rendered March 4, 1991, convicting defendant upon his plea of guilty of the crime of criminal possession of a controlled substance in the third degree.

Defendant's contentions that his sentence, imposed after acceptance of his bargained plea of guilty to a single count of criminal possession of a controlled substance in the third degree in full satisfaction of an indictment charging three separate class B felony offenses, was harsh and excessive and that County Court abused its discretion in imposing a surcharge of $152 under Penal Law § 60.35 (1) (a) are without merit.

Defendant was sentenced to a term of 3 to 9 years' imprisonment in the face of a possible prison sentence of 8⅓ to 25 years which could have been imposed on the charge to which he pleaded guilty. We find no abuse of discretion in this sentence *(see, People v Sinclair,* 150 AD2d 950; *People v Mackey,* 136 AD2d 780, *lv denied* 71 NY2d 899). The record is devoid of any facts showing that the surcharge imposed would work an unreasonable hardship upon defendant or his immediate family *(see,* CPL 420.35 [2]).

Weiss, P. J., Mercure and Crew III, JJ., concur. Ordered that the judgment is affirmed.